# In the
# Indiana Supreme Court



IN THE MATTER OF FAILURE ) Cause No. 94S00-0905-MS-210
TO COMPLY WITH CONTINUING )
LEGAL EDUCATION REQUIREMENTS )

### ORDER OF SUSPENSION OF CERTAIN ATTORNEYS
### FOR FAILURE TO COMPLY WITH
### CONTINUING LEGAL EDUCATION REQUIREMENTS

On May 5, 2009, the Court issued an order suspending certain attorneys who had been identified by the Indiana Commission for Continuing Legal Education ("the Commission") as having failed to comply with certain continuing legal education requirements for the educational period ending December 31, 2008. Certain other attorneys were granted extensions of time by the Commission to complete their continuing legal education requirements and/or pay the applicable delinquency fee. *See* Ind. Admission & Discipline Rule 29, § 8. The Commission has notified the Court that certain of those attorneys granted extensions have failed to comply with their continuing legal education requirements and/or pay their delinquency fees by their extended deadlines, namely:

| Nicholas D. McGuinness | John D. Hemenway | Claudia J. Zacks |
|---|---|---|
| Ind. Atty. No. 25699-49 | Ind. Atty. No. 8276-98 | Ind. Atty. No. 17791-71 |
| 7255 North Dearborn St. | 4816 Rodman St. N.W. | P.O. Box 50143 |
| Indianapolis, IN 46240; | Washington, D.C. 20016; and | Staten Island, NY 10305-0143. |

Accordingly, the Court finds that the attorneys listed above have not complied with the requirements of Admission and Discipline Rule 29 and should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana, effective immediately.

The Clerk of this Court is directed to forward a copy of this Order to the Executive Secretary of the Indiana Supreme Court Disciplinary Commission; to the Executive Director of the Indiana Board of Law Examiners; to the Indiana Commission For Continuing Legal Education; to the Supreme Court Administrator; to the Executive Director of State Court Administration; to the Indiana State Bar Association; to the Clerk of the U.S. District Court for the Southern District of

Indiana; to the Clerk of the U.S. District Court for the Northern District of Indiana; to all Clerks of the Circuit Courts of this State who, with the aid of the Judge of the Circuit Court in which that Clerk serves, shall post this Order for examination by the members of the bar; and to Nicholas D. McGuinness, John D. Hemenway, and Claudia J. Zacks. The Clerk is also directed to post this order to the Court's website.

Done at Indianapolis, Indiana, this 5th day of October, 2009.

RT Shepard
Randall T. Shepard
Chief Justice of Indiana

All Justices concur.