UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE MATTER OF: )
) CAUSE NO. 3:09-MC-277 RM
JOHN D. HEMENWAY )

ORDER TO SHOW CAUSE

The Indiana Supreme Court suspended respondent-attorney John Hemenway from the practice of law by order dated October 5, 2009 in Case No. 94S00-0905-MS-210 [Doc. No. 1]. (Copy attached). Pursuant to Local Rule 83.6(e), the court gives Mr. Hemenway 30 days after service of this order within which to show cause why the imposition of identical discipline by this court would be unwarranted.

SO ORDERED.

ENTERED:   October 19, 2009

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana


cc: J. Hemenway
All District and Magistrate Judges
Christopher DeToro, Clerk of the Bankruptcy Court